

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
Tolli Thomas,
                                              Civil Action No.: 4:09-cv-00540-A
            Plaintiff,
    v.

First Revenue Assurance LLC,

            Defendant.
```

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
### PURSUANT TO RULE 41(a)

Plaintiff, Tolli Thomas, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: December 28, 2009

Respectfully submitted,

By: /s/ Diana Larson
Diana Larson, Esq.
Lemberg & Associates, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666