IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 12 2010
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| TOLLI THOMAS, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:09-CV-540-A |
| | § | |
| FIRST REVENUE ASSURANCE, LLC, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the notice of dismissal filed January 11, 2010, by plaintiff, Tolli Thomas ("Thomas"),

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by Thomas against defendant, First Revenue Assurance, LLC, be, and are hereby, dismissed with prejudice.

SIGNED January 12, 2010.

_____
JOHN McBRYDE
United States District Judge